IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDRE WATSON, | ) | FILED COPY: JUNE 23, 2008 |
| | ) | 08CV3581 |
| Plaintiff, | ) | No.   JUDGE CASTILLO |
| | ) | MAGISTRATE JUDGE KEYS |
| v. | ) | Judge |
| | ) | DAJ |
| THE CITY OF CHICAGO, an Illinois municipal | ) | Magistrate |
| corporation, body politic and unit of local | ) | |
| government, | ) | |
| | ) | |
| Defendant. | | |

### AFFIDAVIT

Joan Altman, being duly sworn on oath, deposes and states that she is one of the attorneys for petitioner in the above-entitled action; that on the 23 rd day of June, 2008, she filed with the Clerk of the Circuit Court of Cook County of the State of Illinois, a copy of the petitioner's **NOTICE OF REMOVAL**, together with copies of the pleadings in this action, by leaving said copies with the Clerk of the County Department, Law Division, Daley Center, Chicago, Illinois.

_____
JOAN ALTMAN
Assistant Corporation Counsel

Subscribed and Sworn before
me on this 23 rd day of June, 2008.

_____

Official Seal
Pamela A Buscemi
Notary Public State of Illinois
My Commission Expires 07/15/08