IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDRE WATSON,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, an Illinois municipal corporation, body politic and unit of local government,<br>   Defendant. | Case No. 08 CV 3581<br>Judge Castillo<br>Magistrate Judge Keys |

### DEFENDANT CITY'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant City of Chicago ("defendant City"), by its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, moves this Court for an extension of time to answer or otherwise plead in response to plaintiff's complaint. In support of this motion, Defendant states:

1. Plaintiff filed this action in the Circuit Court of Cook County of the State of Illinois on May 9, 2008. The Summons and Complaint were served upon defendant City on June 4, 2008. Defendant City filed a notice of removal of this action pursuant to 28 U.S.C. § 1441(b) on June 23, 2008. Defendant City's answer or other pleading will be due on or about June 30, 2008, pursuant to Fed. R. Civ. P. 81(c).

2. The undersigned counsel for Defendant City of Chicago was only recently assigned to this case.

3. The undersigned counsel contacted plaintiff's counsel by telephone on June 25,

2008, and informed him that defendant City would be moving to extend time to answer or otherwise plead. Plaintiff's counsel stated that he did not object to the motion.

4. This is defendant City's first request to extend the time to answer or otherwise respond to plaintiff's complaint.

5. This motion is not brought for any improper purpose or delay. Defendant City's counsel will be working as expeditiously as possible to prepare an answer or other pleading.

6. Accordingly, the City requests that it be given an extension of time to answer or otherwise plead until July 17, 2008.

**WHEREFORE**, the City respectfully requests that this Court grant it an extension of time to answer or otherwise plead until July 17, 2008.

**DATED: JUNE 26, 2008**                    Respectfully submitted,

                                            MARA S. GEORGES
                                            Corporation Counsel
                          By:   /s/ Joan P. Altman
                                            JOAN P. ALTMAN
                                            Assistant Corporation Counsel

30 N. La Salle, Ste. 1020
Chicago, Illinois 60602
(312) 744-2826/744-9332