IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDRE WATSON,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, an Illinois municipal corporation, body politic and unit of local government,<br>   Defendant. | Case No. 08 CV 3581<br>Judge Castillo<br>Magistrate Judge Keys |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To: All parties of record

  PLEASE TAKE NOTICE that on the June 26, 2008, the City of Chicago electronically filed its Unopposed Motion to Extend Time to Answer or Otherwise Plead, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of that document is herewith served upon you.

  PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Kendall, or before such other judge sitting in her place, on July 1, 2008 at 9:45 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

  I hereby certify that I have served this notice and the attached document by causing it to electronically filed to all parties who are "ECF" filers in this matter this 26th[rd] day of June 2008 and to:
  Avila & Tomic, LLC
  227 West Monroe Street
  Suite 2000
  Chicago, Illinois 60606-5040
via U.S.Mail.

                Respectfully submitted,

                MARA S. GEORGES,
                CORPORATION COUNSEL
                CITY OF CHICAGO
          By:  _/s/ Joan P. Altman_
                JOAN P. ALTMAN
30 N. LaSalle St., Suite 1020      Assistant Corporation Counsel
Chicago, Illinois 60602
(312) 744-2826 Office
(312) 744-3989 Fax